LAW OFFICES OF BILL LATOUR
BILL LATOUR [CSBN: 169758]
  1420 E. Cooley Dr., Suite 100
  Colton, California 92324
  Telephone: (909) 796-4560
  Facsimile:  (909) 796-3402
  E-Mail: fed.latour@yahoo.com

Attorney for Plaintiff

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA – EASTERN DIVISION

| | |
|---|---|
| ANNA SALUDES,<br><br>    Plaintiff,<br><br>    v.<br><br>CAROLYN W. COLVIN, Acting Commissioner Of Social Security,<br><br>    Defendant. | No.  SACV 14 - 1355 JCG<br><br>ORDER AWARDING EAJA FEES |

Based upon the parties' Stipulation for Award of EAJA Fees ("Stipulation"),

IT IS ORDERED that EAJA fees are awarded in the amount of TWO THOUSAND TWENTY TWO DOLLARS AND 71/100 ($2,022.71) subject to the terms of the stipulation.

DATE:  September 03, 2015        _____
                                   HON. JAY C. GANDHI
                                   UNITED STATES MAGISTRATE JUDGE